464 A.2d 544

Gough v. Gough, Appellant.

 Argued June 17, 1983. Albert Momjian, for appellant; B. Shane, for appellee.

Before ROWLEY, McEWEN and WATKINS, JJ.

Order affirmed.